# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEVON ARCHIE

VERSUS

DEPUTY JOHN DOE; SHERIFF SID
GAUTHREAUX EX OFFICIO AS
SHERIFF OF EAST BATON ROUGE
PARISH; M. SGT. STEVEN
BRADHAM; AND STATE OF
LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS DIXON
CORRECTIONAL CENTER

NO.  2022 CW 0729

AUGUST 12, 2022

---

In Re:    Sid J. Gautreaux, III, in his capacity as the Sheriff
          of East Baton Rouge Parish, applying for supervisory
          writs, 20th Judicial District Court, Parish of East
          Feliciana, No. 46,981.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

JMG
EW

**Whipple, C.J.,** concurs and would deny the writ application
on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

*a.SnD*

---

DEPUTY CLERK OF COURT
    FOR THE COURT